[Cite as *06/20/2003 Case Announcements,* 2003-Ohio-3194.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 20, 2003*

## MOTION AND PROCEDURAL RULINGS

2003–0806. **ORIX Credit Alliance, Inc. v. Tracy.**
Board of Tax Appeals, No. 1996-P-500. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of appellant/cross-appellee's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before August 15, 2003.